JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA- EASTERN DIVISION

| | |
|---|---|
| SAGICOR LIFE INSURANCE COMPANY, a Texas corporation; SAGICOR LIFE, INC., a Barbados corporation; SAGICOR FINANCIAL CORPORATION LIMITED, a Barbados corporation; and SAGICOR USA, a Delaware corporation,<br><br>　　　　　　　Plaintiffs,<br><br>　vs.<br><br>KEVIN H. JANG, an individual; and KEVIN H. JANG, A Law Corporation, a California corporation, et al.<br><br>　　　　　　　Defendants | Case No.: 5:19-cv-02028-JGB-KKx<br><br>**JUDGMENT** |

**TO ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

　　　This action came on for jury trial, the Honorable Jesus G. Bernal District Judge, presiding, and the issues having been duly tried and the jury having duly rendered its verdict,

　　　Pursuant to the Jury Verdict filed concurrently herewith, Judgement is entered in favor of Defendants.

DATED: August 12, 2022

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　THE HONORABLE JESUS G. BERNAL
　　　　　　　　　　　　　　　　　　　United States District Judge

1

**Judgment**