JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION

| | |
|---|---|
| SAGICOR LIFE INSURANCE COMPANY, a Texas corporation; SAGICOR LIFE, INC., a Barbados corporation; SAGICOR FINANCIAL CORPORATION LIMITED, a Barbados corporation; and SAGICOR USA, a Delaware corporation,<br><br>　　　　　Plaintiffs,<br><br>　vs.<br><br>DANIEL JANG, an individual; KEVIN H. JANG, an individual; and KEVIN H. JANG, A Law Corporation, a California corporation; and DOES 1 through 10, inclusive,<br><br>　　　　　Defendants. | Case No.: 5:19-cv-02028-JGB (KKx)<br><br>District Judge: Hon. Jesus G. Bernal<br>Magistrate Judge: Hon. Kenly Kiya Kato<br><br>**JUDGMENT ON JURY VERDICT** |

  The above-captioned matter asserted a cause of action for Malicious Prosecution. Trial of that cause came on regularly for trial on June 6, 2023. A jury

of eight (8) persons was impaneled and sworn to try the cause. After hearing the evidence, the arguments of counsel, and instructions of the court, the jury retired to consider their verdict, and subsequently returned into court on June 9, 2023, and being called, said they found a verdict unanimously in favor of plaintiffs SAGICOR LIFE INSURANCE COMPANY, a Texas corporation; SAGICOR LIFE, INC., a Barbados corporation; SAGICOR FINANCIAL CORPORATION LIMITED, a Barbados corporation; and SAGICOR USA, a Delaware corporation, and against defendants KEVIN H. JANG, an individual; and KEVIN H. JANG, A Law Corporation. The jury unanimously found defendants KEVIN H. JANG, an individual; and KEVIN H. JANG, A Law Corporation shall pay $514,789.95 to SAGICOR LIFE INSURANCE COMPANY, a Texas corporation; SAGICOR LIFE, INC., a Barbados corporation; SAGICOR FINANCIAL CORPORATION LIMITED, a Barbados corporation; and SAGICOR USA, a Delaware corporation. (See Dkt. # 165)

WHEREFORE, by virtue of the law and on the verdict of the jury,

IT IS ORDERED, ADJUDGED, AND DECREED that SAGICOR LIFE INSURANCE COMPANY, a Texas corporation; SAGICOR LIFE, INC., a Barbados corporation; SAGICOR FINANCIAL CORPORATION LIMITED, a Barbados corporation; and SAGICOR USA, a Delaware corporation, shall recover from defendants KEVIN H. JANG, an individual; and KEVIN H. JANG, A Law Corporation, the sum of $514,789.95, and that plaintiffs shall also recover their costs and disbursements incurred in this action, and prejudgment interest, in an amount to be determined by the Court.

Dated: June 12, 2023

The Honorable Jesus G. Bernal
United States District Judge