# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION

| | |
|---|---|
| SAGICOR LIFE INSURANCE COMPANY, a Texas corporation; SAGICOR LIFE, INC., a Barbados corporation; SAGICOR FINANCIAL CORPORATION LIMITED, a Barbados corporation; and SAGICOR USA, a Delaware corporation,<br><br>　　　　　　　Plaintiffs,<br><br>　vs.<br><br>DANIEL JANG, an individual; KEVIN H. JANG, an individual; and KEVIN H. JANG, A Law Corporation, a California corporation; and DOES 1 through 10, inclusive,<br><br>　　　　　　　Defendants. | Case No.: 5:19-cv-02028-JGB (KKx)<br><br>District Judge: Hon. Jesus G. Bernal<br>Magistrate Judge: Hon. Kenly Kiya Kato<br><br>**AMENDED JUDGMENT ON JURY VERDICT AND COURT'S AWARD OF PREJUDGMENT INTEREST** |

1

**AMENDED JUDGMENT ON JURY VERDICT
AND COURT'S AWARD OF PREJUDGMENT INTEREST**

1  The above-captioned matter asserted a cause of action for Malicious Prosecution. Trial of that cause came on regularly for trial on June 6, 2023. A jury of eight (8) persons was impaneled and sworn to try the cause. After hearing the evidence, the arguments of counsel, and instructions of the court, the jury retired to consider their verdict, and subsequently returned into court on June 9, 2023, and being called, said they found a verdict unanimously in favor of plaintiffs SAGICOR LIFE INSURANCE COMPANY, a Texas corporation; SAGICOR LIFE, INC., a Barbados corporation; SAGICOR FINANCIAL CORPORATION LIMITED, a Barbados corporation; and SAGICOR USA, a Delaware corporation, and against defendants KEVIN H. JANG, an individual; and KEVIN H. JANG, A Law Corporation.

The jury unanimously found defendants KEVIN H. JANG, an individual; and KEVIN H. JANG, A Law Corporation shall pay $514,789.95 to SAGICOR LIFE INSURANCE COMPANY, a Texas corporation; SAGICOR LIFE, INC., a Barbados corporation; SAGICOR FINANCIAL CORPORATION LIMITED, a Barbados corporation; and SAGICOR USA, a Delaware corporation. (See Dkt. No. 165).

On July 31, 2023, the Honorable Jesus Bernal granted Plaintiff's Motion for Prejudgment Interest based upon California Civil Code § 3287(a) and awarded Plaintiffs $131,207.97 in prejudgment interest. (See Dkt. No. 184)

WHEREFORE, by virtue of the law, this Court's rulings, and on the verdict of the jury,

///
///
///
///

IT IS ORDERED, ADJUDGED, AND DECREED that SAGICOR LIFE INSURANCE COMPANY, a Texas corporation; SAGICOR LIFE, INC., a Barbados corporation; SAGICOR FINANCIAL CORPORATION LIMITED, a Barbados corporation; and SAGICOR USA, a Delaware corporation, shall recover from defendants KEVIN H. JANG, an individual; and KEVIN H. JANG, A Law Corporation, the sum of $645,997.92, and that plaintiffs shall also recover their costs and disbursements incurred in this action.

Dated: August 17, 2023

_____
The Honorable Jesus G. Bernal
United States District Judge